# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CURTIS RANSOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1171-CV-W-FJG-SSA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

# ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 17). Plaintiff has requested reimbursement in the amount of $4,994.63 for attorney fees, which represents 35.05 hours at the rate of $142.50 per hour. Defendant states that it has no objection to plaintiff's motion for attorney fees in the amount requested.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is **GRANTED,** and counsel shall be awarded payment of $4,994.63 in attorney fees.


Date:  October 21, 2005            **S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri              Fernando J. Gaitan Jr.
                                   United States District Judge